B21 (Official Form 21) (12/07)

# STATEMENT OF SOCIAL-SECURITY NUMBER OR
# INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **Loretta Draxten**                                              Case No. _____

**DEBTOR(S)**

Address: **205 26th Ave.**                                                Chapter   __7__
**Bellwood, IL 60104**

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN)
No(s). (if any):  **xxx-xx-9170**
Employer's Tax Identification (EIN) No(s). (if any): _____

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
### (or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (Last, First, Middle):  **Draxten, Loretta**
*(Check the appropriate box and, if applicable, provide the required information.)*

- [x] Debtor has a Social-Security Number and it is:   **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**
  *(If more than one, state all.)*

- [ ] Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
  *(If more than one, state all.)*

- [ ] Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

- [ ] Joint Debtor has a Social-Security Number and it is: _____
  *(If more than one, state all.)*

- [ ] Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
  *(If more than one, state all.)*

- [ ] Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X  **/s/ Loretta Draxten**                                   **06/18/2009**
   **Loretta Draxten**                                        Date
   Signature of Debtor

---

*\* Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:*   Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009*